DNZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/12/2026

The Court thanks the parties for the update and congratulates them on reaching a settlement in principle.  The Court denies the request to stay the action and instead extends all deadlines in this case by 30 days.  The parties shall file a stipulation of dismissal or a further status update by March 5, 2026.  If the parties seek a referral to mediation, they may request it in the March 5, 2026 letter.

*Via ECF*
Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:                              2/12/2026

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Re:    *Federal Nat'l Mtg. Assoc. v. BX 490 LLC, et al.*
        *Case No. 25-cv-8974-DEH-KHP (S.D.N.Y.)*

Dear Judge Parker:

This firm represents defendants BX 490 LLC, BX 2512 LLC, 2657 Properties LLC, 2655 Realty LLC and Stephen Crawford (referred to herein as "Defendants") in the above-referenced mortgage foreclosure action. We write to inform the Court that the Parties to this action have reached an agreement in principle which will resolve this case in its entirety. As a result, Defendants respectfully request, on consent, that all proceedings in this case be held in abeyance while the parties finalize the settlement of this matter.

On January 15, 2026, the Parties wrote to the Court jointly and informed the Court that *inter alia* the Parties had reached an agreement in principle with respect to two of the four properties at issue in this action. That agreement was finalized and a partial stipulation of dismissal as to two of the four causes of action in Plaintiff's Complaint will be filed shortly. With respect to the remaining two causes of action, the Parties have now reached an agreement in principle as to those claims and anticipate finalizing the settlement of this case within a few weeks.

In light of the foregoing, Defendants request, on consent from Plaintiff, that proceedings in this case be held in abeyance, including Plaintiff's pending motion to appoint a receiver, pending the Parties finalizing and executing settlement documents.

Thank you very much for your consideration.

Respectfully,

Ryan P. Kaupelis

cc:    Dean L. Chapman, Jr., Esq. (via ECF)

New York  |  California |  New Jersey